UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY DOWNS,

Petitioner,

v.

STEVE WHITE, *et al.*,

Respondents.

Case No.  2:24-cv-3195-TLN-JDP (P)

ORDER

Petitioner filed a motion for extension of time to file objections to the February 27, 2026, findings and recommendations.  ECF No. 29.  Due to the illegibility of his motion, I cannot tell how much additional time he is requesting.  Accordingly, I will extend the deadline to file objections by thirty days.

Petitioner's motion for law library access, ECF No. 28, is denied.  Therein, he states that an unnamed deputy told him that access requires a court order.  *Id.* at 1.  To the extent that is true, petitioner may show this order as proof that he is litigating an action in federal court.  I decline, however, to order any more specific terms of access insofar as doing so would exercise too much control over jail operations better delegated to jail staff.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 29, is GRANTED.

2. Petitioner is granted thirty days from the date of this order in which to file objections to

1

the findings and recommendations.

3. Petitioner's motion for law library access, ECF No. 28, is DENIED.

IT IS SO ORDERED.


Dated:    April 2, 2026    

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2