UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS, | Case No.  2:24-cv-3195-TLN-JDP (P) |
| Petitioner, | |
| v. | ORDER |
| STEVE WHITE, *et al.*, | |
| Respondents. | |

I dismissed the initial petition with leave to amend on April 17, 2025.  ECF No. 13. Currently, petitioner's amended petition is due May 4, 2026.  ECF No. 30.  Now, petitioner has filed a motion for hearing and another request for extension of time.  ECF Nos. 31 & 32.  Both are denied.  No hearing is necessary as there is no active petition.  And I have already granted petitioner numerous extensions of time.  It has been nearly a year since his petition was dismissed and he has failed to submit an amended petition.  If he does not file his amended petition by May 4, 2026, I will recommend this action be dismissed for failure to prosecute.

1

It is, therefore, ORDERED that petitioner's motions, ECF Nos. 31 & 32, are DENIED.

IT IS SO ORDERED.

Dated:     April 16, 2026     _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE