UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GREGORY DOWNS,

Petitioner,

v.

STEVE WHITE, et al.,

Respondents.

No. 2:24-cv-3195-TLN-JDP

**ORDER**

Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 27, 2026, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 27.)  Despite being granted an extension of time to file objections (ECF No. 30), Plaintiff did not file objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed February 27, 2026 (ECF No. 27) are

1

ADOPTED in full;

2.      This action is dismissed for failure to prosecute;

3.      The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4.      The Clerk of Court is directed to close this case and to enter judgment accordingly.

IT IS SO ORDERED.

Date: May 28, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2