UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS,<br>Petitioner,<br>v.<br>STEVE WHITE, et al.,<br>Respondents. | Case No. 2:24-cv-3195-TLN-JDP (P)<br><br>ORDER |

Petitioner has filed a "notice" wherein he appears to labor under the mistaken belief that an order sent to him by the Court of Appeals entitles him to copies of all documents in this action. ECF No. 43. The order in question does not speak to the issue of whether he is entitled any documents whatsoever; it says only that such a request must be filed in this court. *Id.* at 2. To the extent plaintiff seeks copies of any documents in this case, he must file a separate motion that specifies exactly which docket entries he seeks. Additionally, he may be required to pay the copying fees associated with production of such documents.

IT IS SO ORDERED.

Dated: October 19, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE